STANDARDIZED FUND ACCOUNTING REPORT for RECEIVER'S ESTATE OF NEAL V. GOYAL, ET AL. - Cash Basis

Receivership; Civil Court Docket No. 14-cv-3900

Reporting Period 6/20/2014 to 12/15/2017

**Fund Accounting (See Instructions):**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | **Beginning Balance (As of 6/20/2014):** | | | $0.00 |
| | ***Increases in Fund Balance:*** | | | |
| **Line 2** | **Business Income** | | | |
| **Line 3** | **Cash** | | | |
| **Line 4** | **Interest/Dividend Income** | $1,067.16 | | |
| **Line 5** | **Business Asset Liquidation** | $556,019.63 | | |
| **Line 6** | **Personal Asset Liquidation** | $368,104.43 | | |
| **Line 7** | **Third-Party Litigation Income** | | | |
| **Line 8** | **Miscellaneous - Other[1]** | $386,519.89 | | |
| | **Total Funds Available (Line 1-8):** | | | $1,311,711.11 |
| | ***Decrease in Fund Balance:*** | | | |
| **Line 9** | **Disbursements to Investors** | ($923,800.04) | | |
| **Line 10** | **Disbursements for receivership operations** | | | |
| *Line 10a* | Disbursements to receiver or Other Profesionals | ($377,876.44) | | |
| *Line 10b* | Business Asset Expenses | ($10,034.63) | | |
| *Line 10c* | Personal Asset Expenses | | | |
| *Line 10d* | Investment Expenses | | | |
| *Line 10e* | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | **Total Third-Party Litigation Expenses** | | $0.00 | |
| *Line 10f* | Tax Administrator Fees and Bonds | | | |
| *Line 10g* | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | | ($1,311,711.11) | |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| *Line 11a* | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | | | |
| | Independent Distribution Consultant (IDC)……………… | | | |
| | Distribution Agent…………………………………… | | | |
| | Consultants…………………………………………… | | | |
| | Legal Advisers……………………………………… | | | |
| | Tax Advisers………………………………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | $0.00 | |
| *Line 11b* | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | | | |
| | IDC…………………………………………………… | | | |
| | Distribution Agent………………………………… | | | |
| | Consultants…………………………………………… | | | |

STANDARDIZED FUND ACCOUNTING REPORT for RECEIVER'S ESTATE OF NEAL V. GOYAL, ET AL. - Cash Basis

Receivership; Civil Court Docket No. 14-cv-3900

Reporting Period 6/20/2014 to 12/15/2017

| | | | | |
|---|---|---|---|---|
| | Legal Advisers………………………………………………… | | | |
| | Tax Advisers…………………………………………………. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor identification | | | |
| | Notice/Publishing Approved Plan……………………… | | | |
| | Claimant Identification………………………………… | | | |
| | Claims Processing………………………………………… | | | |
| | Web Site Maintenance/Call Center………………………… | | | |
| | 4. Fund Adminstrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution | | | |
| | (FAIR) reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursement for Distribution Expenses Paid by the Fund | $0.00 | | |
| Line 12 | **Disbursement to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment* | | | |
| | *System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursement to Court/Others: | | | |
| | Total Funds Disbursed (Lines 1-9): | | | $0.00 |
| Line 13 | **Ending Balance (As of 12/15/2017):** | | | ($0.00) |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | | | $0.00 |
| Line 14b | *Investments* | | | |
| Line 14c | *Other Assets or uncleared Funds* | | | |
| | **Total Ending Balance of Fund - Net Assets** | | | $0.00 |

[1] Refund of legal retainer ($15,000); refunds from various utilities ($3,766.34); liquidation of life insurance policy and premium refunds ($4,476.92); refund from medical facility ($204.00); funds contributed by family members ($342,800); clawbacks from investors ($20,272.63).

Receiver:

/s/ Kevin B. Duff

(Signature)

Kevin B. Duff

(Printed Name)

Receiver, Estate of Neal V. Goyal, et al.

(Title)

Date: December 15, 2017